PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

P-13-CR-329(01)

DOCKET NUMBER *(Rec. Court)*

3:14-00055-01

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CANDY HILL<br>Columbia, Tennessee | Western District of Texas | Pecos Division |

| | NAME OF SENTENCING JUDGE | |
|---|---|---|
| | Honorable Robert Junell | |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/16/2013 | 10/15/2018 |

OFFENSE
8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(ii), Transporation of Illegal Aliens

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE            Western            DISTRICT OF            Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of Tennessee, Nashville Division  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3-3-14

_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE            Middle            DISTRICT OF            Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-31-14

_Effective Date_

_United States District Judge_