PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Candy Hill</u>  Case Number: <u>3:14-00055-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Rorbert Junell, U.S. District Judge (WD/TX)</u>

Name of Current Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>October 16, 2013</u>

Original Offense: <u>8 U.S.C. § 1324(a)(1)(A)(ii) and 8 U.S.C. § 1324(v)(ii), Transportation of Illegal Aliens</u>

Original Sentence: <u>5 years' probation</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>October 16, 2013</u>

Assistant U.S. Attorney: <u>Unassigned</u>  Defense Attorney: <u>Unassigned</u>

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 25th day of July, 2014, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place  Nashville, Tennessee

Date  July 24, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall perform 300 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the first three years of supervision.**

   Ms. Hill reports having only completed a total of 10 hours of community service to date. She has reported to the probation officer that she has had difficulty completing the community service hours due to the many demands with her family, medical appointments due to her recent pregnancy, and work scheduling conflicts.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Hill began probation on October 16, 2013. She is scheduled to terminate probation on October 15, 2018.

Ms. Hill is employed at Super 8 Motel in Columbia, Tennessee. She currently resides with her parents and six young children in Columbia, Tennessee. Ms. Hill gave birth to her youngest child in May 2014.

**U.S. Probation Officer Recommendation:**

It is recommended that Ms. Hill be continued on probation with no further action at this time. The probation office believes Ms. Hill should be required to complete the aforementioned hours as directed by the Court. At the time of her sentencing, the defendant had five children, and the Court was aware of same.

The U. S. Attorney's Office has been notified and concurs with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer